```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN IGARTUA, on behalf of himself and all others                      :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :     24 Civ. 7120 (JPC)
                                                                       :
               -v-                                                     :     ORDER
                                                                       :
FLOWER POWER NYC CORP., d/b/a Flower Power                             :
Dispensers,                                                            :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 21, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore November 12, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 19, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 26, 2024.

SO ORDERED.

Dated: November 13, 2024
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge