

## Joseph & Norinsberg LLC
### Fighting for Employee Justice

| | Manhattan Office | |
| --- | --- | --- |
| **Queens Office** | 110 East 59th Street, Suite 2300 | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | New York, New York 10022 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

November 21, 2024

**VIA ECF**
Hon. John P. Cronan
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 12D
New York, N.Y. 10007

     Re:   **Igartua v. Flower Power NYC Corp., d/b/a Flower Power Dispensers,**
            **Case No. 1:24-cv-7120 (JPC)**
            <u>**Stipulated Dismissal**</u>

Dear Judge Cronan:

     We represent the Plaintiff, Juan Igartua ("Plaintiff"), in the above-referenced Americans with Disabilities Act ("ADA") matter. The Defendant, Flower Power NYC Corp., ("Defendant") is represented by Yisroel Szpigiel, Esq. We write to inform the Court that the parties have reached a settlement agreement.

     In light of this settlement, we write now to respectfully request that this case be dismissed with prejudice.

We appreciate Your Honor's attention to this matter and thank you for your consideration.

                            Respectfully submitted,

                            **JOSEPH & NORINSBERG, LLC**

          Sincerely,

          Jon L. Norinsberg, Esq.
          Bennitta L. Joseph, Esq.
          *Attorneys For Plaintiff*
          110 East 59th Street,
          Suite 2300
          N.Y., N.Y. 10022
          (212) 227-5700
          Fax No. (212) 656-1889
          jon@norinsberglaw.com
          bennitta@employeejustice.com

c.c.
    Yisroel Szpigiel, Esq.
    Szpigiel Law, P.C.